

 AXM



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Robert J. San Jr.
(full name of plaintiff or petitioner)

vs.

Judge Bradley Vailer
Nikolas Cronour
City of Dekalb
(full name of defendant(s) or respondent(s))

**APPLICATION TO PROCEED**
**WITHOUT PREPAYING FEES OR**
**COSTS / FINANCIAL AFFIDAVIT**
**(NON-PRISONER CASE)**

Case number:     **1:25-cv-09387**
**Judge John J. Tharp, Jr**
**Magistrate Judge Young B. Kim**
**RANDOM/ Cat. 2**

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

**Application:**   I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[✓] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

[ ] to request an attorney

1. *Are you employed?*

   [✓] Yes     Name and address of employer: Doise IDHFS

   Total amount of monthly take-home pay: 1000,00

   [ ] No     Date(s) of last employment: _____ Last monthly take-home pay:_____

2. *If married, is your spouse employed?* [ ] Not married

   [ ] Yes    Name and address of spouse's employer: _____

   Total amount of spouse's monthly take-home pay: _____

   [✓] No     Date(s) of spouse's last employment: _____ Spouse's last monthly take-home pay:

3. *Other sources of income / money:* For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

   *(list the 12-month total for each)*

   | | |
   |---|---|
   | Self-employment, business, or profession: | $_____ |
   | Income from interest or dividends: | $_____ |
   | Income from rent payments: | $_____ |
   | Pensions, annuities, or life insurance: | $_____ |
   | Disability or worker's compensation: | $_____ |
   | Gifts (including deposits into any accounts in your name): | $_____ |
   | Unemployment, public assistance, or welfare: | $_____ |
   | Settlements or judgments (include any that are expected): | $_____ |
   | **Any other source of money:** | $_____ |

Rev. 2/2020

4. *Cash and bank accounts:* Do you and/or your spouse have any money in cash or in a checking or savings account? ☑Yes ☐No If yes, how much? _35.00_

5. *Other assets:* Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☐Yes ☑No

   If yes, list each item of property and state its approximate value:

   _____

   _____

   _____

6. *Dependents:* Is anyone dependent on you and/or your spouse for support? ☑Yes ☐No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   _Daughter H.S. 100% Support - Wife is also disabled_

7. *Debts and financial obligations:* List any amounts you owe to others:

   _Rent 1950.00_

   _Utilities 700.00_

   _Ford 1000.00_

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney:*

   _My wife and daughter are disabled_

   _____

**Declaration:** I declare under penalty of perjury that all of the information listed above is true and correct.

I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: _8-6-25_

_____
*Applicant's signature*

_Robert Son_
*Printed name*

Rev. 2/2020