

**BC**



**FILED**
8/7/2025
JKS

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Robert John Sam, Jr.

639 stonegate dr sycamore Illinois 60178

779-777-3265

harpees5@yahoo.com

**Date**: 8/7/25

**Clerk of the Court**
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

**Re**: *Robert John Sam, Jr. v. Judge Bradley J. Waller, et al.*
**Case No.**: 25-cv-09387

**Division**: Eastern Division (Chicago)

Dear Clerk,

Please accept for filing the enclosed:

- **Objection to Reassignment to Western Division and Motion to Retain Venue in the Eastern Division**

This filing is submitted in connection with the above-captioned civil rights complaint. I respectfully request that the case remain in the Eastern Division due to the impartiality concerns described in the attached motion.

Thank you for your attention to this matter.

Sincerely,

**/S/Robert John Sam, Jr.**
Pro Se Plaintiff