# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Robert John Sam Jr

                     Plaintiff,

v.

                                            Case No.: 1:25–cv–09387

Bradley J Waller, et al.                            Honorable John J. Tharp Jr.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 12, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff's application for leave to proceed in forma pauperis [3] is denied without prejudice. Applicants are required to answer every question on the application, even if the answer is zero or none. The plaintiff, however, does not provide any information on other sources of income/money over the past 12 months (Question 3), nor does he indicate the date(s) of his spouse's last employment or his spouse's last monthly take–home pay (Question 2). Additionally, it is not clear how the plaintiff pays $1,950 in monthly rent (if that is indeed the monthly cost) and covers other expenses on a $1,000 monthly salary, calling the applications' completeness and accuracy into doubt. By 9/8/25, the plaintiff is directed to either pay the full statutory filing fee of $405 or file a second application to proceed without prepaying fees that supplies all required information. Failure to timely comply will result in summary dismissal of this case. The Court defers screening of the complaint until the plaintiff's fee status is resolved. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.