Robert John Sam Jr

                  Plaintiff,

v.                                        Case No.: 1:25–cv–09387
                                        Honorable John J. Tharp Jr.

Bradley J Waller, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 12, 2025:

       MINUTE entry before the Honorable John J. Tharp, Jr:Upon review of the complaint [1], the plaintiff's objection to reassignment to Western Division [4], and the plaintiff's motion to the Chief Judge for inter–division retention [5], the Court denies the motion to the Chief Judge [5] and directs the Clerk of the Court to transfer this case to the Western Division of the Northern District of Illinois. As the plaintiff's filings acknowledge, the events at issue in the complaint occurred in DeKalb County, which is in the Western Division of this District, and in the ordinary course, the case should have been filed in the Western Division. Nevertheless, the plaintiff filed his complaint in the Eastern Division of this District, asserting that assignment of a Western Division judge in this case would create the appearance of partiality based on "professional familiarity and collegial ties" with defendant Waller, a judge of the Circuit Court of DeKalb County. It is not the place of this Court, however, to determine whether a judge who is properly assigned to a case should recuse himself. If the plaintiff believes that there is a basis for a judge assigned to this case to recuse himself, the proper procedural course is not to file the case in the wrong division but rather to file it in the proper division and to file a recusal motion in that division. While the Court understands that the plaintiff is trying to ensure a neutral forum for his claims, he cannot circumvent this Court's required procedures in order to have the case assigned to a judge he prefers. That is forum shopping and is not permitted. Consistent with this Court's authority under 28 U.S.C. § 1404(a), the Court has the discretion to act to prevent this sort of manipulation of the case assignment system in the interests of justice, as well as for the convenience of the parties and witnesses in the case; as the relevant events occurred in the Western Division, the interests of the parties other than the plaintiff, as well as the witnesses in the case, are best served by transferring this case to the proper Division. The Clerk is therefore directed to transfer this case to the Western Division of this District. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.