# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Robert John Sam Jr

     Plaintiff,

v.

Bradley J Waller, et al.

     Defendant.

Case No.: 1:25–cv–09387

Honorable John J. Tharp Jr.

## DIVISIONAL TRANSFER NOTICE

DIVISIONAL TRANSFER Notice. Case transferred to Western Division – Rockford. Pursuant to transfer order: [8]. (men, )